**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6711**

_____

WILLIE M. HARDY, JR.,

Plaintiff - Appellant,

versus

GLEN TURNER, Warden,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-00-709-AM)

_____

Submitted:  July 27, 2000          Decided:  August 7, 2000

_____

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie M. Hardy, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie M. Hardy, Jr., appeals from the district court's order denying his motion for a writ of prohibition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Hardy v. Turner</u>, No. CA-00-709-AM (E.D. Va. May 9, 2000).[*] To the extent that Hardy seeks to present new evidence on appeal, this court generally will not consider new claims or evidence for the first time on appeal. See <u>Muth v. United States</u>, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on May 8, 2000, the district court's records show that it was entered on the docket sheet on May 9, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2